AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

**Camerino Jorge-Felipe**

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr2401-JAH

I, _____Camerino Jorge-Felipe_____, the above named defendant, who is accused of

Deported alien found in the United States, in violation of Title 8 USC §1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____July 22, 2008_____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Defendant*

*Counsel for Defendant*

Before _____
*Judge*

FILED
JUL 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd