FILED

AUG 22 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Criminal Case No. 08CR2401GT |
| Plaintiff,  ) | I N F O R M A T I O N |
| ) | (Superseding) |
| v.  ) | |
| ) | Title 8, U.S.C., Sec. 1326(a) |
| CAMERINO JORGE-FELIPE,  ) | and (b) - Deported Alien Found |
| aka Jorge Jilipe,  ) | in the United States (Felony) |
| ) | |
| Defendant.  ) | |

The United States Attorney charges:

On or about June 21, 2008, within the Southern District of California, defendant CAMERINO JORGE-FELIPE, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: 22 Aug 2008.

KAREN P. HEWITT
United States Attorney

for Cynthia Mills

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:es:San Diego
8/11/08