AO 455(Rev. 5/85) Waiver of Indictment

**FILED**
AUG 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | 08CR2401-GT |
| CAMERINO JORGE-FELIPE, aka Jorge Jilipe | CASE NUMBER: 08CR2410GT |

I, CAMERINO JORGE-FELIPE, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on *August 22, 2008* prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Camerino Jorge F.
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer